UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

**EXHIBIT B**

PACKGEN,                                    )
                                            )
            Plaintiff,                      )
                                            )
v.                                          )        Civil No. 2:12-cv-00080-JAW
                                            )
BERRY PLASTICS CORPORATION, and             )
COVALENCE SPECIALTY COATINGS, LLC,          )
                                            )
            Defendants.                     )

## DEFENDANTS' EXPERT WITNESS DESIGNATION

1.   M. Edward Morrison, Ph.D., P.E.
     Global Catalyst & Process Technology Management, PLLC
     419 Country Club Drive
     Waynesville, NC 28786

Mr. Morrison's opinions, the basis and reasons for these opinions, the facts and data

considered by him, list of professional work and qualifications are attached as Exhibits 1-3. Mr.

Morrison's hourly rate is $275.00. Mr. Morrison has not testified in the last four years.

2.   Nancy J. Fannon, ASA, MCBA, CPA-ABV
     Fannon Valuation Group
     100 Commercial Street, Suite 300
     Portland, ME 04101

Ms. Fannon's opinions, the basis and reasons for these opinions, the facts and data

considered by her, list of prior cases and qualifications are attached as Exhibits 4-6. By

agreement of counsel, the report to be included in Tab 4 will be produced to Mr. Olafsen no later

than September 10, 2012. Ms. Fannon's hourly rate is $390.00.

3.     Charles D. Cowan, PhD.
       Analytic Focus, LLC
       4939 DeZavala Road, Suite 105
       San Antonio, TX 78249

Mr. Cowan's opinions, the basis and reasons for these opinions, the facts and data

considered by him, list of prior cases and qualifications are attached as Exhibits 7-9.  Mr.

Cowan's hourly rate is $595.00.

Dated at Portland, Maine on August 31, 2012.

Phillip S. Bixby, Esquire
Attorney for Defendants
Friedman Gaythwaite Wolf & Leavitt
25 Pearl Street, P.O. Box 4726
Portland, ME 04112
(207) 761-0900
pbixby@fgwl-law.com